AYCOX v. STATE. (No. 4274.) (Court of Criminal Appeals of Texas. Nov. 1, 1916.) Appeal from Tarrant County Court; J. E. Mercer, Special Judge. J. J. Aycox was convicted of disturbing religious worship, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. In this appeal from a conviction for disturbing religious worship, there is no statement of facts nor bills of exceptions in the record, and nothing that can be reviewed in their absence. The judgment is affirmed.

BURAGE v. STATE. (No. 4259.) (Court of Criminal Appeals of Texas. Nov. 1, 1916.) Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge. Charlie Burage was convicted of aggravated assault, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of aggravated assault, his punishment being assessed at two years' confinement in the county jail. The record is sent up without a statement of facts or bill of exceptions. There is nothing mentioned in the motion for a new trial that can be considered in the absence of the evidence. The judgment is affirmed.

CHAVEZ v. STATE. (No. 4239.) (Court of Criminal Appeals of Texas. Oct. 25, 1916.) Appeal from District Court, El Paso County; Dan M. Jackson, Judge. Baltazar Chavez was convicted of robbery, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of robbery, his punishment being assessed at five years' confinement in the penitentiary. The record is before us without a statement of facts or bill of exceptions. There being no errors presented that can be revised in the absence of a statement of facts and bills of exception, the judgment will be affirmed.

DAVIDSON v. STATE. (No. 4292.) (Court of Criminal Appeals of Texas. Nov. 29, 1916.) Appeal from District Court, Grayson County; M. H. Garnett, Judge. Bill Davidson was convicted of burglary, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a conviction for burglary. There is no statement of facts, and no bills, and nothing to review. The judgment is affirmed.

HARPER, J., absent.

JONES v. STATE. (No. 4236.) (Court of Criminal Appeals of Texas. Nov. 1, 1916.) Appeal from Criminal District Court, Dallas County; R. B. Seay, Judge. Hugh Jones was convicted, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of an aggravated assault, and his punishment assessed at two years' confinement in the county jail. As the record before us contains no statement of the evidence heard on the trial, and no bill of exceptions to any proceedings had on the trial, no question is presented for review. The judgment is affirmed.

LAVOW v. STATE. (No. 4275.) (Court of Criminal Appeals of Texas. Nov. 1, 1916.) Appeal from Tarrant County Court; Jesse M. Brown, Judge. Sam Lavow was convicted of aggravated assault, and he appeals. Judgment

affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. In this appeal from a conviction for aggravated assault, there is no statement of facts nor bills of exceptions in the record, and nothing that can be reviewed in their absence. The judgment is affirmed.

Ex parte MARSHALL. (No. 4277.) (Court of Criminal Appeals of Texas. Nov. 8, 1916.) Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge. Emmett Marshall was legally charged with murder, and on arrest sued out a writ of habeas corpus. From a judgment remanding him to the custody of the sheriff, denying bail, he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was legally charged with the murder of John McGinness. When arrested, he sued out a writ of habeas corpus before Hon. W. L. Crawford, Jr., judge of the criminal district court of Dallas county. Upon the hearing, Judge Crawford remanded relator to the custody of the sheriff, denying bail. From an inspection of the record before us we cannot say he erred. The judgment is affirmed.

MOOTS v. STATE. (No. 4263.) (Court of Criminal Appeals of Texas. Nov. 1, 1916.) Appeal from Grayson County Court; Dayton B. Steed, Judge. C. S. Moots was convicted, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of using abusive language; his punishment being assessed at a fine of $5. The record is before us without a statement of facts or bill of exceptions. There is nothing presented that can be considered in the absence of the evidence. The judgment is affirmed.

PICKETT v. STATE. (No. 4293.) (Court of Criminal Appeals of Texas. Nov. 29, 1916.) Appeal from District Court, Grayson County; M. H. Garnett, Judge. Homer Pickett was convicted of burglary, and he appeals. Judgment affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a conviction for burglary, with the lowest penalty assessed, and without a statement of facts or bill of exceptions. There is nothing to review. The judgment is affirmed.

HARPER, J., absent.

Ex parte SMITH. (No. 4197.) (Court of Criminal Appeals of Texas. Nov. 8, 1916.) Original application by Alfred Smith for a writ of habeas corpus. Relator ordered released on bail. C. C. McDonald, Asst. Atty. Gen., for the State.